# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LAURA LEE RUSSELL,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **8:16CV481**<br>) |
| **CAROLYN W. COLVIN,**<br>**Commissioner of Social Security** | )     **ORDER**<br>)<br>) |
| **Defendant.** | ) |

Plaintiff has submitted a motion to proceed in forma pauperis (Filing No. 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED:** October 25, 2016.

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**