IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA L. RUSSELL, | |
| Plaintiff, | Case No. 8:16cv481 |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ORDER |
| Defendant. | |

This is an action challenging a final decision of the Commissioner of the Social Security Administration. The answer and administrative record have been filed. The case will be progressed according to General Order No. 2015-05 In the Matter of Procedures for Social Security Cases (Filing No.4).

**IT IS ORDERED:**

1. By Text Order (#17) Plaintiff was previously granted an extension to file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief by: **March 21, 2017**;

2. Defendant shall file a motion for an order affirming the Commissioner's decision, or granting other relief, together with a supporting brief by: **April 20, 2017**;

3. Plaintiff may file a reply brief by: **May 4, 2017**;

4. This case shall be ripe for decision on: **May 5, 2017**.

**DATED** this 27th day of February 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge